UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ROBERTS,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN SHIP MANAGEMENT, LLC,<br><br>  Defendant.<br>_____ / | No. C-04-1933 JSW (EMC)<br><br>**ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |

By letter dated August 29, 2005, Plaintiff GEORGE ROBERTS, thru his counsel Alfred G. Johnson, Law Offices of Lyle C. Cavin, Jr., requested to be excused from personally appearing at the settlement conference scheduled for September 6, 2005.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Plaintiff GEORGE ROBERTS be available by telephone from 9:30 a.m. Pacific Time until further notice on September 6, 2005.

If the Court concludes that the absence of Plaintiff GEORGE ROBERTS is impeding the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Plaintiff GEORGE ROBERTS.

IT IS SO ORDERED.

Dated: August 31, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge